IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICIA GARDNER                                                                PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:14-CV-199-SA-DAS

WALGREENS and
DERRICK DANKINS                                                                 DEFENDANTS

## ORDER

Pursuant to the Memorandum Opinion issued this day, the Defendants' Motion for Summary Judgment [38] is GRANTED, and this case is dismissed with prejudice. This case is CLOSED.

**SO ORDERED this the 16th day of October, 2015.**

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**